IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-129-D
No. 5:12-CV-148-D

| | | |
|---|---|---|
| ALLEN TYRONE FORD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The United States has withdrawn its opposition to Allen Tyrone Ford's motion to vacate his conviction [D.E. 59, 60]. The court has reviewed the entire record and GRANTS the motion to vacate [D.E. 49]. Ford's conviction in this case [D.E. 33] is VACATED. The United States shall release Ford. The motion to expedite [D.E. 52] is DENIED as moot.

SO ORDERED. This 19 day of October 2012.

JAMES C. DEVER III
Chief United States District Judge